COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 


 
 
  
 CHRISTIAN URIEL HERNANDEZ,
  
                            
 Appellant,
  
 v.
  
 THE STATE OF TEXAS,
  
                            
 Appellee.
 
 
  
   '
     
   '
     
   '
     
   '
     
   '
     
  '
 
  
 
 
  
  
                   No. 08-12-00247-CR
  
 Appeal from the
  
 112th
 District Court
  
 of Pecos
 County, Texas
  
 (TC# P-3071-112-CR)
  
 
 


 

MEMORANDUM
OPINION

 

Pending before the
Court is the Appellant’s motion to dismiss this appeal pursuant to Tex.R.App.P. 42.2(a).  Finding that the Appellant has complied with
the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.

 

                                                                        GUADALUPE
RIVERA, Justice

November 28, 2012

 

Before McClure, C.J., Rivera, J., and Antcliff, J.

 

(Do Not Publish)